MICHAEL A. DiNARDO (#216991)
mdinardo@yklaw.us
AARON T. BORROWMAN (#201920)
aborrowman@yklaw.us
YK LAW, LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA, 90071
Office: 213-401-0970

**JS-6**

Attorneys for Plaintiffs LINDA ZUÑIGA
and PETRABAX WEST, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA ZUÑIGA, an individual, and PETRABAX WEST, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>TRABAX TURISMO S.L., a Spanish limited liability entity,<br><br>Defendant. | CASE NO.  2:24-cv-04172 FMO (JPRx)<br><br>**ORDER ON STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**<br><br>COMPLAINT SERVED:  JUNE 17, 2024<br>RESPONSE DATE:  SEPTEMBER 6, 2024 |

**ORDER ON STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**
1

This matter comes before the Court on the joint request of Plaintiffs Linda Zuniga and Petrabax West, Inc. ("Plaintiffs") and Defendant Trabax Turismo S.L. ("Defendant") (collectively, "the Parties") for entry of this Permanent Injunction and Order of Dismissal.  The Court, having considered the agreement of the Parties, hereby ORDERS as follows:

1. JURISDICTION

    This Court has jurisdiction over the parties and the subject matter of this action. The Complaint states claims upon which relief may be granted against the Defendant under the Lanham Act and related state statutes.

2. PARTIES BOUND

    This Permanent Injunction and Order of Dismissal applies to and is binding upon the Parties and their officers, directors, agents, servants, employees, successors, and assigns.

3. PERMANENT INJUNCTION

    Defendant and all persons in active concert or participation with Defendant are hereby PERMANENTLY ENJOINED from:
    a. In the United States, using or seeking to register the term TRABAX, or any similar term, as a trademark, provided however, that Defendant may use "TRABAX" only as part of a corporate name, including, but not limited to, Trabax Turismo S.L., in its catalogs, brochures and promotional materials, to identify a corporate entity and to state legal terms and conditions.
    b. Using the domain name TRABAX.COM, including not redirecting the domain name in any way.

    c. Objecting to, opposing, or otherwise challenging any registration and/or use of PETRABAX, or any similar term, by the Plaintiffs, their licensees or assigns, in the United States.

4. **DISMISSAL**

   Except for the Permanent Injunction contained herein, the action and claims against Defendant are dismissed.

5. **RETENTION OF JURISDICTION**

   This Court retains jurisdiction of this matter for the purposes of enforcing or modifying this Permanent Injunction and Order of Dismissal and the purpose of granting such additional relief as may be necessary or appropriate.

6. **COSTS AND FEES**

   Each party shall bear its own costs and attorneys' fee in connection with the entry of this Permanent Injunction and Order of Dismissal.

7. **MODIFICATION**

   This Permanent Injunction and Order of Dismissal may be modified by the Court upon motion by either party for good cause shown.

8. **TERMINATION**

   This Permanent Injunction shall remain in effect indefinitely unless and until modified by the Court.

///
///
///

**ORDER ON STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

3

IT IS FURTHER ORDERED that this Order shall constitute a Final Judgment as to all claims and parties in the above-captioned litigation, and as no further matters remain pending shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 6, 2024                    _____/s/_____
                                            The Honorable Fernando M. Olguin
                                            United States District Judge